FILED BY ___ D.C.

05 AUG 23 PM 4:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.   )   Cr. No. 02-20446 Ml <br>  ) <br> LASTER AMIKER,   ) <br>  ) <br> Defendant.   ) <br>  ) | |

ORDER OF REFERENCE

Before the Court is the Motion for Continued Appointment as Counsel Under Criminal Justice Act, filed August 22, 2005.

This matter is referred to the United States Magistrate Judge for determination. Any exceptions to the magistrate judge's report shall be made within ten (10) days of the magistrate judge's report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED THIS 23 DAY OF August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule _____ FRCrP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:02-CR-20446 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Charles Wilson
P.O. Box 9974
Mobile, AL 36691

Honorable Jon McCalla
US DISTRICT COURT