IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 31 PM 4:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 02-20446 - M\ |
| LASTER AMIKER, ) | |
| Defendant. ) | |

## ORDER GRANTING CONTINUED APPOINTMENT OF COUNSEL

Before the Court is a Motion for Continued Appointment of Counsel Under Criminal Justice Act filed by Mr. J. Charles Wilson on August 22, 2005. Mr. Wilson was appointed by the 6th Circuit Court of Appeals to represent the Defendant on appeal and the 6th Circuit remanded the matter for resentencing of the Defendant. United States District Judge Jon Phipps McCalla referred the Motion to the Magistrate Judge for disposition. For good cause shown, the Motion is **GRANTED**. J. Charles Wilson is appointed to represent the Defendant in connection with the Defendant's resentencing.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 31, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  9-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:02-CR-20446 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

J. Charles Wilson
P.O. Box 9974
Mobile, AL 36691

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT