IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 AM 8: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 02-20446 MI |
| LASTER AMIKER, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE
## SENTENCING HEARING

Upon Motion of the United States request to reset the sentencing hearing in this case is hereby GRANTED and reset for *Thursday, Nov. 10*, 2005, at *9:00 A.M.*

DONE at Memphis, Tennessee, this *14* day of *Sept*, 2005.

HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *9-15-05*

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:02-CR-20446 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Charles Wilson
P.O. Box 9974
Mobile, AL 36691

Honorable Jon McCalla
US DISTRICT COURT